IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | INFORMATION |
| | : | NO. 4:17-CR-25-HLM |
| EDUARDO RAMOS-ESCOBAR, | : | |
| Defendant. | | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The defendant, EDUARDO RAMOS-ESCOBAR, by consent, has appeared before me and has entered a plea of guilty to the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. Pro. 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the felony offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO RECOMMENDED**, this 17th day of July, 2017.

_Walter E. Johnson_
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)